UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  07-31177 |
| | ) | |
| BECKY JO STEELE | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

## REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011
## AND APPLICATION FOR DISCHARGE OF TRUSTEE

    The undersigned Trustee of the above referenced estate, having filed the Trustee's Final Report and Account herein, and the same having been heretofore approved, hereby reports that all checks issued by the Trustee have been cashed by the bank upon which drawn.

    **THE TRUSTEE FURTHER** reports that all canceled checks and bank statements of the bank accounts used in the administration of this estate have been submitted to the Office of the Bankruptcy Administrator the and that the disbursements as evidenced by said documents are in conformity with the disbursements as contained in this Court's Order approving the Trustee's Final Report and Account.

    **WHEREFORE**, the Trustee prays that he be discharged of his trust and that his bond be canceled.

    This the 12th day of May, 2010.

    /s/ R. Keith Johnson
R. Keith Johnson, Trustee and
Attorney for Trustee
NC State Bar No. 8840
1275 Hwy 16, South
Stanley, NC 28164
(704)-827-4200